IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STATE FARM FIRE AND CASUALTY
COMPANY

v.  :  Civil Action No. DKC 13-3088

GEORGE W. HUGUELY, V, et al.

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 7th day of January, 2020, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion for summary judgment filed by Plaintiff State Farm Fire and Casualty Company (ECF No. 60) BE, and the same hereby IS, GRANTED;

2. IT IS DECLARED that State Farm Fire and Casualty Company has no duty to defend George W. Huguely, V in or to pay damages in connection with the case of Sharon D. Love, Administrator of the Estate of Yeardley R. Love, Deceased v. George W. Huguely, V., Case No. 2018-648 pending in the Circuit Court for the City of Charlottesville, Virginia, under Homeowners Insurance Policy Number 20-GG-6936-3; and

3. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties and CLOSE this case.

               /s/
DEBORAH K. CHASANOW
United States District Judge